# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155092(58)

JENNIFER JO MUELLER,
        Petitioner-Appellee,

v

SCOTT BOUIS,
        Respondent-Appellant.

_____/

SC: 155092
COA: 327945
Ingham CC: 12-000308-PH

On order of the Chief Justice, the motion of respondent-appellant to "use psydonames [sic: pseudo names] on this case file, seal and to compel correction of previous disclosures violating MCR 3.705" is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2017



Clerk